# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EULICES ANTONIO CHAVES RIVERA,<br><br>Petitioner,<br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No. 5:25-cv-10474-BLF<br><br>**ORDER REGARDING GOVERNMENT'S NOTICE** |

The Court granted Petitioner's ex parte application for a temporary restraining order ("TRO") earlier today, enjoining Respondents from transferring Petitioner out of this district or deporting him and ordering his immediate release. ECF No. 6. Thirty minutes later, Respondents filed a "Notice" that Petitioner was removed from this judicial district prior to the filing of the Petition and requesting dismissal for lack of subject matter jurisdiction. ECF No. 7. The notice contains no corroborating evidence or information, and the Court is not satisfied with Respondents' representation that the Court lacks subject matter jurisdiction.

The TRO remains in effect. Respondents SHALL brief the issue of the Court's subject matter jurisdiction in their response to Mr. Rivera's motion no later than December 10, 2025, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: December 5, 2025

_____
BETH LABSON FREEMAN
United States District Judge