CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EULICES ANTONIO CHAVES RIVERA,<br><br>         Petitioner<br><br>    v.<br><br>SERGIO ALBARRAN, et al.,<br><br>         Respondents | No. 5:25-cv-10474-BLF<br><br>**STIPULATED REQUEST TO CONTINUE HEARING; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Petitioner and Respondents hereby stipulate and request that the Court continue the Order to Show Cause hearing from December 15, 2025 to December 18, 2025. In support of this request, the parties state as follows:

1. An in-person Order to Show Cause hearing is currently set for December 15, 2025, at 9:00 a.m. Dkt. No. 6.

2. The parties have been meeting and conferring regarding a stipulation to transfer this petition to the Eastern District of California in an effort to resolve this matter without the need for a hearing. The parties need additional time to resolve the details of this stipulation, and therefore request that the Court continue the hearing to allow them time to continue their meet and confer process.

3. Accordingly, the parties stipulate and respectfully request that the Court continue the

STIPULATED REQUEST TO CONTINUE HEARING
No. 25-cv-10474-BLF                                                       1

hearing, currently scheduled for December 15, 2025, until December 18, 2025, at such time as may be convenient to the Court.

      IT IS SO STIPULATED.

DATED: December 14, 2025        Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann\**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondents

DATED: December 14, 2025        ALIYA KARMALI

*/s/ Aliya Karmali*
ALIYA KARMALI

Attorney for Petitioner

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

## [~~PROPOSED~~] ORDER

      Pursuant to stipulation, IT IS SO ORDERED. The hearing scheduled for December 15, 2025, at 9:00 a.m. is continued to December 18, 2025, at 9:00 a.m.

Date: December 14, 2025

_____
BETH LABSON FREEMAN
United States District Judge