```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    pamela.johann@usdoj.gov
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EULICES ANTONIO CHAVES RIVERA,<br><br>  Petitioner<br><br>  v.<br><br>SERGIO ALBARRAN, et al.,<br><br>  Respondents | No. 5:25-cv-10474-BLF<br><br>**STIPULATED REQUEST TO TRANSFER CASE TO THE EASTERN DISTRICT OF CALIFORNIA AND VACATE TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER** |

Petitioner Eulices Antonio Chaves Rivera and Respondents Sergio Albarran, Todd Lyons, Kristi Noem, and Pamela Bondi ("Respondents") hereby stipulate as follows:

1. On December 5, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), Dkt. No. 1, and an Ex Parte Motion for Temporary Restraining Order ("TRO"), Dkt. No. 1-1.

2. On December 5, 2025, this Court issued an order granting the motion for TRO and ordered Respondents to show cause why a preliminary injunction should not issue. Dkt. No. 6.

3. Respondents have represented that at the time the petition was filed, Petitioner was detained in Stockton, California, in the Eastern District of California.

4. The parties have met and conferred and have agreed that the appropriate jurisdiction for this action is the Eastern District of California, and that, in the interest of justice, the case should be transferred to that district.

5. The parties further agree that following transfer, Respondents will stipulate to the entry of a preliminary injunction to enjoin them from re-detaining Petitioner without notice and a pre-deprivation hearing before a neutral decisionmaker. Until the preliminary injunction is entered, Respondents will continue to adhere to the terms of the temporary restraining order that this Court entered on December 5, 2025, Dkt. No. 6, whether or not the TRO remains in effect.

6. Accordingly, the parties respectfully request that this Court enter an order:

   a. Transferring this petition to the Eastern District of California; and

   b. Vacating the Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause, Dkt. No. 6

IT IS SO STIPULATED.

DATED: December 16, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann\**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondents

DATED: December 16, 2025

ALIYA KARMALI

*/s/ Aliya Karmali*
ALIYA KARMALI

Attorney for Petitioner

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Pamela T. Johann*
PAMELA T. JOHANN

**[PROPOSED] ORDER**

Pursuant to stipulation, and in the interest of justice, the Court **ORDERS** that this matter be **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of Court is directed to transfer the file.

The Court further **VACATES** the Temporary Restraining Order and Order to Show Cause issued December 5, 2025, Dkt. No. 6.

Date:   December 16, 2025

_____
BETH LABSON FREEMAN
United States District Judge