# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EULICES ANTONIO CHAVES RIVERA,<br><br>  Plaintiff,<br>  v.<br><br>SERGIO ALBARRAN, et al.,<br><br>  Defendants. | Case No.  5:25-cv-10474-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTION AS MOOT** |

The Court approved the Parties' stipulation to transfer this case to the U.S. District Court for the Eastern District of California.  ECF No. 22.  Plaintiff's administrative motion for leave to file a statement of a recent decision is accordingly DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated:  December 16, 2025

_____
BETH LABSON FREEMAN
United States District Judge